KAEL M. BRISKI (State Bar No. 157131)
THE BRISKI LAW FIRM
257 North First Street, Suite 8
P.O. Box 1926
San Jose, California 95109
Telephone: 408-297-9100

Attorneys for Plaintiff
Jason McHann

ROBERT S. SHWARTS (State Bar No. 196803)
MICHAEL D. WEIL (State Bar No. 209056)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: 415-773-5700
Facsimile: 415-773-5759

Attorneys for Defendants
Aegis Mortgage Corporation and Aegis Lending Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON McHANN,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS MORTGAGE CORPORATION, AEGIS LENDING CORPORATION, DOES 1-100,<br><br>Defendants. | Case No. C 04 01906 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE FROM JANUARY 28, 2005 TO FEBRUARY 18, 2005**<br><br>Current Date: January 28, 2005<br>Proposed Date: February 18, 2005<br>Time: 10:30 a.m.<br>Judge: Hon. Jeremy Fogel<br>Dept.: 3 |

Plaintiff, JASON McHANN ("McHann" or "plaintiff"), by and through his counsel, The Briski Law Firm, and Defendants, AEGIS MORTGAGE CORPORATION and AEGIS LENDING CORPORATION ("Aegis" or "defendants"), by and through their counsel, Orrick, Herrington & Sutcliffe LLP (collectively, "the parties"), HEREBY STIPULATE and AGREE as follows:

WHEREAS, defendants' counsel has a pre-scheduled arbitration before National Association of Securities Dealers (NASD) in Los Angeles on January 28, 2005; and

WHEREAS, the parties agreed to postpone the settlement conference before Magistrate Judge Lloyd from January 12, 2005 to February 2, 2005 to accommodate the schedules of the party representatives;

The parties through their respective counsel hereby request that the Court move the Case Management Conference in this matter from January 28, 2005, to February 18, 2005, at 10:30 a.m., when both counsel are available, so that it takes place subsequent to the Settlement Conference in this matter, which has been moved from January 12, 2005, to February 2, 2005.

IT IS SO STIPULATED.

Dated: January 5, 2005

KAEL M. BRISKI
THE BRISKI LAW FIRM

[signature]

Attorneys for Plaintiff
Jason McHann

Dated: January 5, 2005

ROBERT S. SHWARTS
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: [signature]
Michael D. Weil
Attorneys for Defendants
Aegis Mortgage Corporation and
Aegis Lending Corporation

**ORDER**

For good cause shown and pursuant to the stipulation of the parties, it is hereby ordered that the Case Management Conference in this matter be moved from January 28, 2005, to February 18, 2005 at 10: 30 a.m.

Dated: ____________________________

______________________________________________
The Honorable Jeremy Fogel
United States District Judge