UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD UNITED STATES MAGISTRATE JUDGE CT. #2

DATE: February 2, 2005 CASE No. C04-01906JF

CASE TITLE: Jason McHann v. Aegis Mortgage Corporation, et. al.

Courtroom Deputy: P. Cromwell ERO: FTR

APPEARANCES

For Plaintiff(s):

Kael M. Briski

Also present: Jason McHann

For Defendant(s):

Michael D. Weil

Also present: Andrew Sutton

☒ Settlement Conference Held. Case settled and put on the record. Terms confidential.

☐ Settlement Conference Held. Case did not settle.

☐ Settlement Conference Held (telephonic). Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers
JF

Judge: Lloyd Hours: 2.5